# Order

Michigan Supreme Court
Lansing, Michigan

March 23, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141702

LOLINDA RANDOLPH, Personal Representative
of the Estate of BRYAN RANDOLPH,
      Plaintiff-Appellant,

v

HENRY FORD HOSPITAL, HENRY FORD
SYSTEM, INC., DR. SCOTT E. LANGENBERG,
and MICHIGAN PEDIATRIC SURGICAL
ASSOCIATES, P.C.,
      Defendants-Appellees.
_____/

SC: 141702
COA: 285103
Wayne CC: 05-533887-NH

On order of the Court, the application for leave to appeal the July 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

_____
Clerk

d0316